23-15127

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**DANIEL VERDUZCO,**

                  Appellant,

v.

**MICKEY PRICE, et al. ,**

                  Appellees.

On Appeal from the United States District Court
for the Northern District of California

No. 4:19-cv-01440-JSW
The Honorable Jeffrey S. White, Judge

**EXHIBIT A TO RESPONSE TO APPELLANT'S SHOWING OF CAUSE**

Rob Bonta
Attorney General of California
Monica N. Anderson
Senior Assistant Attorney General
Jeffrey T. Fisher
Supervising Deputy Attorney General
William P. Buranich
Deputy Attorney General
State Bar No. 144650
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone: (415) 510-3558
  Fax: (415) 703-5843
  Email:  William.Buranich@doj.ca.gov
*Attorneys for Appellees M. Price, R. Limon, P. Sayer, D. Short, A. Bond, J. Rush, F. Schoening, J. Anderson, L. Brunner, R. Bell, J. Frisk, R. Dhesi, N. Watson, L. Thomas, M. McLean, D. Jacobsen, E. Goldine, A. Cobern, T. Utrecht, R. Basso and W. Rook*

FILED
OCT 21 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
OAKLAND OFFICE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

DANIEL VERDUZCO,              CASE No. 18-CV-04596-JSW

    PLAINTIFF

Vs.                           NOTICE OF APPEAL

C.E. DUCART et al.,

    DEFENDANT(S)

NOTICE IS HEREBY GIVEN THAT DANIEL VERDUZCO, PLAINTIFF IN THE ABOVED NAMED CASE HEREBY APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 9TH CIRCUIT FROM THE FINAL JUDGEMENT FROM AN ORDER GRANTING DEFENDANTS MOTIONS FOR SUMMARY JUDGEMENT ENTERED IN THIS ACTION ON THE 28TH DAY OF SEPTEMBER, 2020.

DATE: OCTOBER 14, 2020

                              DANIEL VERDUZCO # T-45537
                              P.O. BOX 31960
                              STOCKTON, CALIFORNIA 95213

[handwritten annotations in margin: "N/C", "No Fee IFP", "TNO PKT", "NOT GIVEN"]

Daniel Verdozco # T-45537
CHCF ADA Cell # 105
P.O. Box 31960
Stockton, California 95213

Confidential: Legal Mail

CHCF
CA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION

Office of the Clerk, U.S. District Court
1301 Clay Street, Suite 400s
Oakland, California 94612

FIRST-CLASS MAIL
US POSTAGE $000.50
10/15/2020
ZIP 95215
041L12203723

c/o strawberry

Leaf mold
10-14-20

# CERTIFICATE OF SERVICE

| Case Name: | **Verduzco, Daniel v. Mickey Price, et al.** | No. | **23-15127** |

I hereby certify that on <u>July 5, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## EXHIBIT A TO RESPONSE TO APPELLANT'S SHOWING OF CAUSE

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>July 5, 2023</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Daniel Verduzco
CDCR # T-45537
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>July 5, 2023</u>, at Los Angeles, California.

| Lois E. Smith | */s/Lois E. Smith* |
|---|---|
| Declarant | Signature |

SF2023600430
66065203.docx